ORDERED.

Dated: February 16, 2017

_____
Roberta A. Colton
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                          Case No.: 6:15-bk-00114
                                                                                Chapter 7
JON FOSTER

_____DEBTOR_____/

**ORDER APPROVING APPLICATION
FOR COMPENSATION FOR REALTORS**

This matter came before the Court for hearing on February 15, 2017, upon the Chapter 7 Trustee's Application for Compensation for Realtor (Application, Doc. No. 70) wherein the Trustee requests that the Court award fees to Keller Williams and BK Global ("Listing Agent") in the amount of: $16,500.00, or 6% of the gross sale price from the proposed sale of the property located at 1900 N Goodman Rd., Kissimmee, FL 34747. The Court considered the Application and is satisfied that the Application is well taken and should be approved. Accordingly, it is

**ORDERED**

The Application is approved and the Trustee is authorized to

1. Pay to Listing Agent fees in the total amount of up to $16,500.00, or 6% of the gross sale price from the proposed sale of the property located at 1900 N Goodman Rd., Kissimmee, FL 34747.

2. Any sharing of the fees by Listing Agent with a co-operating agent does not violate this Order.

3. Such fees to be paid at closing without further Order from the Court.

Trustee, Arvind Mahendru is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.